ROBERT T. REISS, Appellant, *v.* ARABIAN AMERICAN OIL Co., Respondent.

Submitted May 19, 1952; decided June 6, 1952.

*Albert Weiss* for motion.

*Louis F. Huttenlocher* opposed.

Motion denied without prejudice to a renewal thereof. upon papers showing compliance with rule 35 of the Rules of Civil Practice.